UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARACELI DOTAROT MONTUYA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTOINE CHEDID<br><br>and<br><br>AFIFE NICOLE CHEDID,<br><br>    Defendants. | Civil Action No.  10-695 (JEB) |

## ORDER

Upon consideration of the Motion to Dismiss Plaintiff's Complaint and Quash Service of Process by Defendants Antoine Chedid and Afife Nicole Chedid, the parties' memoranda, the applicable law, the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, the Court hereby **ORDERS:**

1. Defendants' Motion to Dismiss is **GRANTED**;

2. Defendants' Motion to Quash Service is **GRANTED**; and

3. Judgment is **ENTERED** in favor of Defendants.

   **SO ORDERED**.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: April 26, 2011

1